IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              2:07-cr-139

Frankie Valenzuela

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 22). The court accepts the defendant's plea of guilty to Count 1 of the information, and she is hereby adjudged guilty on that count. The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: July 17, 2007                    s\James L. Graham
                                          James L. Graham
                                          United States District Judge